No. 91–7771.  PATE *v.* LISENBY ET AL.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 91–7773.  ZOLLICOFFER ET AL. *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 91–7776.  SCOTT *v.* McMACKIN, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 91–7782.  QUINTANA *v.* NEW JERSEY.  Sup. Ct. N. J.  Certiorari denied.

No. 91–7786.  CIRIACO-MADRANO *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 91–7791.  ONOKPEVWE *v.* SENKOWSKI, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 91–7793.  GEURIN *v.* DEPARTMENT OF THE ARMY.  C. A. 9th Cir.  Certiorari denied.

No. 91–7795.  CRANE *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 91–7796.  HOFFMAN *v.* FREILICH ET AL.  C. A. 4th Cir. Certiorari denied.

No. 91–7798.  HERNANDEZ *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 91–7799.  CASIMONO *v.* NEW JERSEY.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 91–7806.  GLENN *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 91–7809.  JONES *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 91–7812.  ALDRED *v.* FLORIDA.  Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.

No. 91–7815.  O'CONNOR *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.